O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERUVEY R. MADERA, | ) | Case No. SACV 12-1433-GHK (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| MIKE McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2 Recommendation; and (2) directing that Judgment be entered denying the Petition and
3 dismissing this action with prejudice.

6 DATED:   4/15/14

   HONORABLE GEORGE H. KING
   Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge