JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERUVEY R. MADERA,<br><br>          Petitioner,<br>     v.<br><br>MIKE McDONALD, Warden,<br><br>          Respondent. | Case No. SACV 12-1433-GHK  (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   4/15/14

_____
HONORABLE GEORGE H. KING
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge